TURNER-FRAZER MERCANTILE COMPANY, APPELLEE, V. F. D. RENSHAW & COMPANY ET AL., APPELLANTS.

FILED MAY 3, 1899. No. 8871.

Time to Assail Petition: CANCELLATION OF INSTRUMENTS: ALLEGATIONS OF FRAUD.

APPEAL from the district court of Johnson county. Heard below before LETTON, J. *Reversed:*

*M. B. C. True,* for appellants.

*T. Appelget, contra.*

HARRISON, C. J.

This case is governed by the decision in the case of *Kemper v. Renshaw,* 58 Neb. 513, and the judgment must be reversed and the action dismissed.

REVERSED AND DISMISSED.